**RULE 16 CONFERENCE INFORMATION REPORT**   Conference Date: October 3, 2002

Civil Action No. 02-2820   JURY TRIAL_____   NON-JURY TRIAL_____

Title of Case: _____

Name of Party You Represent:_____

Party is: plaintiff _____   defendant _____   third-party defendant _____

Name of Trial Counsel: _____

Law Firm: _____

Address: _____

Phone Number (including area code): _____ Fax No. _____

Basis for
Jurisdiction: _____

Proof of Service Filed as to Defendant: Yes _____   No _____

Has self-executing disclosure been completed?  Yes _____   No _____

If not, explain what remains to be completed: _____

What, if any, matters do you wish to bring to the attention of the court at the Rule 16 conference?
_____

Case will be ready for trial on or about: _____

Trial time: a) Estimate of total time to present your case _____
           b) Estimate of total time for the entire trial   _____

Prospect of settlement:  Likely _____   Possible _____   Unlikely _____   Unknown _____
Settlement conference desired?   Now _____   Later _____

Do you elect to proceed before Magistrate Judge Arnold C. Rapoport? _____
                                                                    Yes/No

Additional comments: _____

_____

Counsel for _____         Date: _____