IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PASCALL CHAMBERS : | |
| : | CIVIL ACTION |
| vs. : | |
| : | NO. 02-2820 |
| FIRST UNION CORPORATION, et al. : | |

**O R D E R**

AND NOW, this      day of August, 2002, IT IS HEREBY ORDERED that the pretrial conference previously scheduled for September 6, 2002 is CANCELED.

IT IS FURTHER ORDERED that the pretrial conference is RESCHEDULED for October 3, 2002 at 9:00 a.m. in Chambers, Room 3810, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
Petrese B. Tucker, J.