IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PASCALL CHAMBERS,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | NO. 02-CV-2820 |
| vs. | : | |
| | : | |
| **FIRST UNION CORPORATION,** *et al,* | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 3rd day of October, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.